UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEROME LANDRY | * | NO: |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| WESTBANK FISHING, LLC | * | MAGISTRATE: |
| | * | |

*************************************************************************

## SEAMAN'S COMPLAINT FOR DAMAGES

The Complaint of **JEROME LANDRY,** a person of the full age of majority, with respect represents:

**I.**

Defendant, **WESTBANK FISHING, LLC**, a Louisiana corporation doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**II.**

Jurisdiction of this Court is invoked under the Jones Act, General Maritime Law and Diversity.

**III.**

On or about September 20, 2024, **JEROME LANDRY** was employed by **WESTBANK FISHING, LLC** as a Jones Act Seaman aboard the M/V SEA CHARGER.

1

**IV.**

Upon information and belief, at all pertinent times hereto **WESTBANK FISHING, LLC** owned, operated and/or controlled the M/V SEA CHARGER which was at all pertinent times a vessel in navigation.

**V.**

On or about September 20, 2024, Plaintiff **JEROME LANDRY** was attacked in an altercation at work and on board the M/V SEA CHARGER, which resulted in serious painful injuries to his head, hip, brain, eye and other parts of his body while employed by **WESTBANK FISHING, LLC**.

**VI.**

On information and belief, Plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of **WESTBANK FISHING, LLC** in the following, non-exclusive respects:

1. Breach of a legally imposed duty of reasonable care owed by the Defendant to Plaintiff;

2. Failure to provide a reasonably safe place to work;

3. Failure to properly train and supervise Plaintiff;

4. Failure to take any means or precautions for the safety of Defendant's employees, including Plaintiff;

5. Negligent hiring, and retention, of unsafe and dangerous crew members aboard the M/V SEA CHARGER;

6. Failing to intervene in the altercation by its employees against Plaintiff;

7. Failing to have proper policies and procedures in place to address any workplace incidents and/or altercations between crewmembers;

8. Creation and maintenance of an unseaworthy vessel;

9. Failure to provide minimum safety requirements;

10. Failure to provide adequate personnel for the job in question;

11. Other acts of negligence and unseaworthiness which will be shown at the trial of this matter.

**VII.**

To the extent discovery and medical treatment reveals that a delay in treatment and/or initial treatment resulted in a worsening of Plaintiff's condition following the altercation, Plaintiff specifically pleads that such worsening is the responsibility of Defendant herein for which it is additionally liable.

**VIII.**

As a direct result of the negligence of Defendant and the unseaworthiness of the vessel, Plaintiff, **JEROME LANDRY,** is entitled to recover from Defendant reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

1. Past, present and future physical, mental and emotional pain and suffering;

2. Past, present and future loss of wages, fringe benefits and wage earning capacity;

3. Past and future physical disability;

4. Past, present and future medical expenses including life care plan items as needed by Plaintiff; and

5. All other special and general damages as will be shown at the trial of this matter.

**IX.**

Pursuant to the General Maritime Law of the United States of America, **WESTBANK FISHING, LLC** had and continues to have the absolute and nondelegable duty to provide plaintiff

with maintenance and cure benefits from the date that he was rendered unfit for duty until maximum cure is achieved.

**X.**

As a result of the aforementioned accident, Plaintiff was rendered unfit for duty and presently remains unfit and incapable of returning to duty as a seaman.

**XI.**

Therefore, Plaintiff prays for the payment of past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which Plaintiff is entitled. Should Defendant, **WESTBANK FISHING, LLC,** fail to honor its maintenance and cure obligation, Plaintiff is entitled to attorney's fees, punitive damages and an additional compensatory award for any acts of negligence on the part of Defendant which would result in a deterioration of Plaintiff's medical condition.

**XII.**

Plaintiff specifically alleges a claim for punitive damages against Defendant herein based upon General Maritime Law, as it relates to any arbitrary and/or unreasonable failure of Defendant to pay maintenance and cure benefits.

**XIII.**

Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE,** Plaintiff prays that Defendant **WESTBANK FISHING, LLC** be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had, there be Judgment herein in favor of Plaintiff, **JEROME LANDRY,** and against Defendant, **WESTBANK FISHING, LLC,** for all damages to which Plaintiff is entitled to recover for the

reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

FURTHERMORE, Plaintiff prays that Defendant, **WESTBANK FISHING, LLC,** be cast in judgment in favor of Plaintiff for past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which Plaintiff is entitled by law and penalties and additional damages if applicable.

Respectfully Submitted,

*/s/Timothy J. Young*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101
tjy@theyoungfirm.com
tdh@theyoungfirm.com
mcm@theyoungfirm.com