| | |
|---|---|
| **JEROME LANDRY** | **CIVIL ACTION NO. 24-CV-02483** |
| **VERSUS** | **DISTRICT JUDGE WENDY B. VITTER** |
| **WESTBANK FISHING, LLC** | **MAGISTRATE JUDGE MICHAEL B. NORTH** |

## ANSWER TO COMPLAINT FOR DAMAGES

Defendant, Westbank Fishing, LLC ("Westbank Fishing"), for answer to the Seaman's Complaint for Damages ("Complaint"), of Plaintiff, Jerome Landry, with respect, represents as follows:

### First Affirmative Defense

The Complaint fails to state a claim against Westbank Fishing upon which relief can be granted.

### Second Affirmative Defense

And now, in answer to the specific allegations of the Complaint, Westbank Fishing responds as follows:

**1.**

The allegations contained in Paragraph I of the Complaint with respect to the corporate name is admitted but the status is denied as it is a limited liability company. Moreover, all other allegations in Paragraph I are denied.

**2.**

The allegations contained in Paragraph II of the Complaint state legal conclusions that do

not require a response from Westbank Fishing; however, to the extent a response is required, Westbank Fishing does not contest this Court's jurisdiction under the Jones Act and/or general maritime law.

**3.**

The allegations of Paragraph III of the Complaint are admitted.

**4.**

Westbank Fishing admits that it owned, operated, and controlled the F/V SEA CHARGER; however the remaining allegations of Paragraph IV of the Complaint are denied for lack of sufficient information to justify a belief therein.

**5.**

The allegations contained in Paragraph V of the Complaint are denied.

**6.**

The allegations contained in Paragraph VI, including subparts 1 – 11 of the Complaint, are denied.

**7.**

The allegations contained in Paragraph VII of the Complaint are denied.

**8.**

The allegations contained in Paragraph VIII, including subparts 1-5 of the Complaint, are denied.

**9.**

The allegations contained in Paragraph IX of the Complaint state legal conclusions that do not require a response from Westbank Fishing; however, to the extent a response is required, said allegations are denied.

10.

The allegations contained in Paragraph X of the Complaint are denied.

11.

The allegations contained in Paragraph XI of the Complaint are denied.

12.

The allegations contained in Paragraph XII of the Complaint are denied.

13.

The allegations contained in Paragraph XIII of the Complaint state legal conclusions that do not require a response from Westbank Fishing; however, to the extent a response is required, said allegations are denied.

14.

The allegations contained in the concluding paragraph beginning with WHEREFORE appear to constitute a prayer for relief to which no answer is required; however, to the extent a response is necessary, said allegations are denied.

15.

The allegations contained in the concluding paragraph beginning with FURTHERMORE, appear to constitute a prayer for relief to which no answer is required; however, to the extent a response is necessary, said allegations are denied.

### Third Affirmative Defense

Any injuries/damages sustained by the Jerome Landry, were caused by his sole fault and negligence.

### Fourth Affirmative Defense

In the alternative, any injuries/damages sustained by Jerome Landry, were contributed to by his own fault and negligence.

**Fifth Affirmative Defense**

In the alternative, any injuries/damages sustained by Jerome Landry were caused or contributed to by the acts or omissions of persons or parties for whom Westbank Fishing is not legally responsible.

**Sixth Affirmative Defense**

Any injury to Jerome Landry pre-existed the occurrences described in the Complaint, in whole or in part, and/or is the natural progression of a condition that pre-existed the alleged incident at issue.

**Seventh Affirmative Defense**

Jerome Landry is obligated under the law to mitigate his damages and, to the extent he has not done so, any damages to which he may otherwise be entitled to recover, which are denied, should be reduced.

**Eighth Affirmative Defense**

To the extent Jerome Landry has alleged damages similar to those sought herein, he is estopped from claiming the alleged damages at issue.

**Ninth Affirmative Defense**

Westbank Fishing is without privity or knowledge of the act, matter, thing, loss, damage, or forfeiture done, occasioned, or incurred giving rise to this suit. Therefore, it is entitled to all rights and remedies available under 46 U.S.C. §§ 30501 – 30512, including the right to limit its liability for the casualty at issue, if any, to the value of the vessel involved and its pending freight.

**Tenth Affirmative Defense**

Jerome Landry's injury was caused by his own "willful misconduct" which bars his maintenance and cure claim and/or other relief for which he seeks in his Complaint.

## Eleventh Affirmative Defense

Jerome Landry's alleged damages, if any, were caused or occasioned by intervening and/or superseding causes for which Westbank Fishing is not legally responsible.

## Twelfth Affirmative Defense

Westbank Fishing reserves the right to file additional or amended answers, third party complaints, counter-Complaints or cross-Complaints such as the facts may later disclose or require.

**WHEREFORE**, Westbank Fishing, respectfully prays that this Answer be deemed good and sufficient and, that after due proceedings are had, that there be judgment entered herein in Westbank Fishing's favor and against Jerome Landry, dismissing any Complaints at his cost and with prejudice, awarding Westbank Fishing all costs and fees incurred herein and for any other relief deemed necessary and reasonable in the premises.

Respectfully submitted,
*/s/ Larry D. Dyess*
Joseph A. Devall, T.A. (#29149)
John S. Garner (#25314)
Larry D. Dyess (#19555)
jdevall@haledevall.com
jgarner@haledevall.com
ldyess@haledevall.com
**HALE DEVALL, L.L.C.**
400 Poydras Street, Suite 2107
New Orleans, LA 70130
(504) 576-0700
***Attorneys for Westbank Fishing, LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading was submitted to the Court for e-filing on the 18th day of November, 2024 and will be available for viewing and downloading from the CM/ECF system. Notice of Electronic Case Filing will be sent automatically to all counsel on the e-mail service list.

*/s/ Larry D. Dyess*
Larry D. Dyess